IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

OCT - 8 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:   3:13-CR-192-N (01) |
| | ) | |
| ADAN ORTIZ PEREZ | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Adan Ortiz Perez, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir.

1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to

Count(s) 1 of the Indictment. After cautioning and examining the defendant under oath concerning

each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and

voluntary and that the offense(s) charged is supported by an independent basis in fact containing

each of the essential elements of such offense. I therefore recommend that the plea of guilty be

accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   October 8, 2013

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).